UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY BRUNEY, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 4:07CV968 JCH ) (TCM) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant(s). | ) ) |

## ORDER

This matter is before the Court on Defendant's Motion to Remand, filed October 4, 2007. Pursuant to 28 U.S.C. § 636, the Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III, who issued a Report and Recommendation on October 18, 2007. Magistrate Judge Mummert recommends that the Court grant Defendant's Motion to Remand. Magistrate Judge Mummert further recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g). Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will grant Defendant's Motion to Remand, and reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge will be directed to (1) obtain updated medical evidence; (2) further evaluate the medical source opinion evidence after considering the updated medical evidence; (3) further evaluate Plaintiff's credibility; (4) further consider Plaintiff's mental impairments and his residual functional capacity; (5) obtain, if necessary, supplemental

vocational expert testimony; (6) take the necessary steps to complete the administrative record; (7) provide Plaintiff with a supplemental hearing; and (8) issue a new decision.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 17) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Remand (Doc. No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 30th day of October, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE