UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY BRUNEY, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 4:07CV968 JCH |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court on Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), filed October 30, 2007. (Doc. No. 20). In his motion, Plaintiff requests an award of attorney fees in the amount of $3,299.60. Defendant does not object to Plaintiff's request. (Doc. No. 22).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act (Doc. No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $3,299.60.

Dated this 8th day of November, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE